JOHN D. MILLS and Another, Respondents, v. THOMAS R. WITHERS and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

FELIX DEHNER, Respondent, v. P. VIANE, INC., Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that the verdict is against the weight of the evidence. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

SAUL MAYER, Respondent, v. RAPHAEL SERIL, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

JOSE IGNACIO VARGAS VILA, Appellant, v. LEOPOLDO BAPTISTA, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

NATIONAL SURETY COMPANY, Appellant, v. WILLIAM H. SEAICH, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling and Page, JJ.

EDWARD J. ALLEN, Respondent, v. HUNTER, BENN & COMPANY, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

PEASE & ELLIMAN, Appellant, v. THE 39 & 41 WEST 55TH STREET REALTY COMPANY, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

ALMA PETERSON, Respondent, v. GEORGE D. EIGHMIE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

HUGH T. MCKENNA, Appellant, v. THE BOWERY SAVINGS BANK, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.; Dowling and Page, JJ., dissented.

M. WITMARK & SONS, Appellant, v. HALL-BERWIN CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to amend complaint on payment of costs in this court and in the court below. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.; Laughlin, J., dissented.

FULTON METAL COMPANY, Respondent, v. PROGRESSIVE SMELTING AND METAL CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

JOSEPH BECK, Appellant, v. THE ONLY SKIRT COMPANY, INC., Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.